IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AMTRAK TRAIN DERAILMENT : | |
| IN PHILADELPHIA, PENNSYLVANIA, : | |
| ON MAY 12, 2015 : | MDL NO. 2654 |
| : | 15-md-2654 |
| : | |
| This document relates to: : | |
| Civil Action No. 2:15-cv-04354-LDD : | |
| : | |

ORDER

AND NOW, this 6th day of April 2016, upon consideration of Plaintiffs Mark and Nicola Tulks' Motion for Settlement Class Certification Pursuant to Federal Rule of Civil Procedure 23(b)(1)(B) (Doc. No. 12, filed in Case No. 15-cv-4354; Doc. No. 25),[1,2] Defendant Amtrak's Response (Doc. No. 7), the Consolidated Brief of Plaintiffs in Opposition (Doc. No. 8), Plaintiff Lawrence H. Saia's Response in Opposition (Doc. No. 9), Plaintiffs Mark and Nicola Tulks' Memorandum in Reply to Opposition (Doc. No. 26), and their accompanying exhibits, it is hereby ORDERED that Plaintiffs Mark and Nicola Tulks' motion for preliminary class certification is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Unless otherwise indicated, all document numbers refer to documents filed on the master docket file, Case No. 15-md-2654 (E.D. Pa).

[2] The Tulks filed this motion on their individual docket, No. 15-cv-4354, on February 2, 2016. On March 14, 2016, the Tulks re-filed this motion on the MDL docket, No. 15-md-2654.